IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT GUTHRIE | § § § | |
| VS. | § § | C.A. NO. 2:10-CV-03874 |
| ROMEO PAPA, LLC, ENERGY PARTNERS, LTD., AND UNITED PRODUCTION AND CONSTRUCTION SERVICES, INC. | § § § § § | |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come all parties to this litigation, who suggest to this Honorable Court that all issues in the above entitled and numbered suit, including third party demands, interventions, cross-claims and other incidental demands have been compromised, and move this Honorable Court to dismiss this suit and all third party demands, cross-claims, interventions and other incidental demands with full prejudice, with each party to bear its own respective costs.

Respectfully submitted:

**THE YOUNG FIRM**

BY: _____/S/ Timothy J. Young__
TIMOTHY J. YOUNG
Federal Bar No. 22677
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone: (504)680-4100
Facsimile: (504)680-4101

**ATTORNEY FOR PLAINTIFF
ROBERT GUTHRIE**

>PREIS & ROY
>(A Professional Law Corporation)
>
>BY:    /S/ John M. Ribarits
>      JOHN M. RIBARITS
>      State Bar No. 00792302
>      KENNETH H. TRIBUCH
>      State Bar No. 24042539
>      24 Greenway Plaza, Suite 2050
>      Houston, Texas 77046
>      Telephone:   713-355-6062
>      Facsimile:    713-572-9129
>
>**COUNSEL FOR DEFENDANT,**
>**UNITED PRODUCTION & CONSTRUCTION**
>**SERVICES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record via certified mail, return receipt requested, via regular mail and/or via facsimile, in this proceeding in accordance with the Federal Rules of Civil Procedure.

New Orleans, Louisiana this 4th day of April, 2011.

Mr. John M. Ribarits
Preis & Roy, PLC
24 Greenway Plaza, Suite 2050
Houston, Texas 77046

Mr. Brian Beckcom
Vujasinovic & Beckcom, PLLC
1001 Texas Avenue, Suite 1020
Houston, Texas 77002

                                        /S/ Timothy J. Young
                                       Mr. Timothy J. Young